# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware Corporation, A.O. SMITH WATER PRODUCTS COMPANY, a Delaware Corporation.,<br><br>Defendant. | Civil No.: 2:17-cv-03554 MWF (JPRx)<br><br>**ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>TRIAL DATE: 03/26/19<br>ACTION FILED: 05/11/17 |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff STATE FARM GENERAL INSURANCE COMPANY and defendants BROAN-NUTONE LLC and A.O. SMITH WATER PRODUCTS COMPANY (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

DATED: November 30, 2018

_____
Michael W. Fitzgerald
United States District Judge